UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOANNIE BOWSHER, | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) CAUSE NO. 1:16-cv-3461 RLY-MJD ) |
| JOHNSON MEMORIAL HOSPITAL, | ) ) |
| **Defendant.** | ) |

### ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the Stipulation of Dismissal with Prejudice submitted by all parties to this action, finds that the Stipulation should be approved.

IT IS THEREFORE ORDERED that this action is dismissed <u>with prejudice</u>, the parties to bear their own costs, including attorneys' fees.

SO ORDERED.

Date:  11/17/2017

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record

US.115135804.01